**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven SAEPHARN, Defendant– Appellant.**

**No. 12–30011.**

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2013.*

Filed May 17, 2013.

James Barkeley, Assistant U.S., Jo Ann Farrington, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Darryl L. Jones, Law Office of Darryl Jones, Anchorage, AK, for Defendant–Appellant.

Steven Saepharn, pro se.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

MEMORANDUM **

Steven Saepharn appeals from the district court's judgment and challenges his jury-trial conviction for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). Pursuant to *Anders v. California,* 386 U.S. 738, 87

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Saepharn's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Saepharn the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided    by 9th Cir. R. 36–3.